# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136735 & (53)

RICK MOREFIELD,
          Plaintiff-Appellant,

v

GRAND TRUNK WESTERN RAILROAD, INC.,
GRAND TRUNK CORPORATION, and
CANADIAN NATIONAL/ILLINOIS CENTRAL,
          Defendants-Appellees.

SC: 136735
COA: 275767
Macomb CC: 2005-002786-NO

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk